### 15545.   VIRGINIA-CAROLINA CHEMICAL CO. *v.* FLOYD.

BELL, J.   This case is controlled by the instructions received from the Supreme Court in answer to questions certified.   See *Virginia-Carolina Chemical Co.* v. *Floyd,* 159 *Ga.* 311 (125 S. E. 709).

Judgment affirmed.   Jenkins, P. J., and Stephens, J., concur.

DECIDED JANUARY 17, 1925.

Levy and claim; from Randolph superior court—Judge Yeomans.   March 7, 1924.

*James W. Harris, Pope & Bennet,* for plaintiff.

*H. A. Wilkinson,* contra.